IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

LIGHTYEAR HOLDING, INC.,

   Debtors.

_____/

Case No. 02-32257-DTS
Chapter 11

Ref Docket No. 1371

## NOTICE OF WITHDRAWAL OF MOTION FOR RETURN OF UNCLAIMED FUNDS TO DEBTOR

The Debtor hereby withdraws its Motion for Return of Unclaimed Funds to Debtor (Docket Entry #1371) as it appears that LY Acquisition, LLC. ("LYA") entered into an Asset Purchase Agreement with the Debtor, and that the Court entered an order approving the Sale to LYA on October 31, 2003. As the entity which acquired the assets of the Debtor under the purchase agreement, LYA would be the proper entity to file for the release of any unclaimed funds in accordance with the provisions of 11 U.S.C. § 347(b).

Dated: June 4, 2009.

Respectfully submitted,

By: _____
Brian Baum, (PA. Bar ID No. 82903)
BAUM & BAUM, ASSOCIATES, P.A.
1795 North Fry Rd., Suite #214
Katy, Texas 77449
Tel: (713) 443-6156
Fax: (281) 392-9183
E-mail: bcbaumlaw@comcast.net

Attorney for Debtor,
Lightyear Holding, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2009 a true and correct copy of the foregoing Notice of Withdrawal of Motion for Return of Unclaimed Funds to Debtor were served by first class mail, postage paid to the following parties:

United States Attorney
510 W. Broadway, 10th Floor
Louisville, KY 40202

Office of the United States Trustee
601 W. Broadway, Suite 512
Louisville, KY 40202

Brian Baum