IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

FILED
US BANR. COURT CLERK
WEST'N DIST KENTUCKY
09 JUL 14 AM 8: 31

In re:

LIGHTYEAR HOLDING, INC.,                    Case No. 02-32257
                                            Chapter 11
                    Debtors.

_____/          Ref Docket No. 1381

## NOTICE OF WITHDRAWAL OF MOTION FOR RETURN OF UNCLAIMED FUNDS TO LY ACQUISITION, LLC.

LY Acquistion, LLC., at the request of its officers and administrators, hereby withdraws

its Motion for Return of Unclaimed Funds to LY Acquisition, LLC. (D.E. # 1381).

Dated:  July, 9, 2009.

Respectfully submitted,

By: _____
Brian Baum, (PA. Bar ID No. 82903)
BAUM & BAUM, ASSOCIATES, P.A.
1795 North Fry Rd., Suite #214
Katy, Texas 77449
Tel:    (713) 443-6156
Fax:    (281) 232-4957
E-mail: bcbaumlaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2009 a true and correct copy of the foregoing Notice of Withdrawal of Motion for Return of Unclaimed Funds to LY Acquisition, LLC. was served to the following parties in interest:

Unites States Attorney
510 W. Broadway, 10th Floor
Louisville, KY 40202

Office of the Unites States Trustee
601 W. Broadway, Suite 512
Louisville, KY 40202

_____
Brian Baum